| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Medical Healing Center, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  The Medical Healing Center** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **06-1663081** |
| 4. | Debtor's address | **Principal place of business**<br><br>**225 Office Plaza Drive**<br>**Tallahassee, FL 32301**<br>Number, Street, City, State & ZIP Code<br><br>**Leon**<br>County | **Mailing address, if different from principal place of business**<br><br>**8505 Yashuntafun Rd**<br>**Tallahassee, FL 32311**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **themedicalhealingcenter.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Medical Healing Center, LLC**                                  Case number (*if known*)  _____
        Name

7. **Describe debtor's business**    A. *Check one:*

   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☒ Chapter 11. *Check **all** that apply*:

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District  _____  When  _____  Case number  _____
   District  _____  When  _____  Case number  _____

Debtor **Medical Healing Center, LLC**  Case number (*if known*)
       Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  **Medical Healing Center, LLC**  Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Medical Healing Center, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 12, 2023**
MM / DD / YYYY

**X** **/s/ Angela D Myers**                                           **Angela D Myers**
Signature of authorized representative of debtor              Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Byron W. Wright III**                                      Date **December 12, 2023**
Signature of attorney for debtor                                       MM / DD / YYYY

**Byron W. Wright III 118971**
Printed name

**Bruner Wright, P.A.**
Firm name

**2810 Remington Green Circle**
**Tallahassee, FL 32308**
Number, Street, City, State & ZIP Code

Contact phone  **(850) 385-0342**     Email address  **twright@brunerwright.com**

**118971 FL**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Medical Healing Center, LLC | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amur Equipment Finance, Inc. c/o Kye Law Group, P.C. 201 Old Country Rd Suite 120 Melville, NY 11747 | | Emsculpt | | $210,000.00 | Unknown | Unknown |
| Balboa Capital Corporation 575 Anton Blvd Suite 1080 Costa Mesa, CA 92626 | | Emtone | | $145,000.00 | $0.00 | $145,000.00 |
| Banleaco Equipment Finance 11017 Aurora Ave Urbandale, IA 50322 | | Emface, Cellutone | | $85,000.00 | Unknown | Unknown |
| Centra Funding, LLC 1400 Preston Rd #115 Plano, TX 75093 | | Emface, Cellutone | | Unknown | Unknown | Unknown |
| Dext Capital, LLC 4000 Kruse Way Place Building 3, Suite 100 Lake Oswego, OR 97035 | | Emface | | $162,413.00 | Unknown | Unknown |
| Flagstar Financial & Leasing, LLC 5151 Corporate Drive Troy, MI 48098 | | Exion | | $216,000.00 | Unknown | Unknown |
| Leasepoint Funding Group 11350 4 Points Dr. Austin, TX 78726 | | Cellutone, Emface | | $205,000.00 | Unknown | Unknown |

Debtor **Medical Healing Center, LLC**     Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MMP Capital**  **19 Engineers Ln**  **Farmingdale, NY 11735** | | **Emsella Workstation, Emsculpt, Emfemme** | | **$500,000.00** | **Unknown** | **Unknown** |
| **North Mill Equipment Finance, LLC**  **601 Merritt 7**  **Suite 5**  **Norwalk, CT 06851** | | **Emsella and Emfemme** | | **$280,000.00** | **Unknown** | **Unknown** |

Medical Healing Center, LLC
8505 Yashuntafun Rd
Tallahassee, FL 32311

Leasepoint Funding Group
11350 4 Points Dr.
Austin, TX 78726

Byron W. Wright III
Bruner Wright, P.A.
2810 Remington Green Circle
Tallahassee, FL 32308

MMP Capital
19 Engineers Ln
Farmingdale, NY 11735

Amur Equipment Finance, Inc.
c/o Kye Law Group, P.C.
201 Old Country Rd
Suite 120
Melville, NY 11747

North Mill Equipment Finance, LLC
601 Merritt 7
Suite 5
Norwalk, CT 06851

Balboa Capital Corporation
575 Anton Blvd
Suite 1080
Costa Mesa, CA 92626

Banleaco Equipment Finance
11017 Aurora Ave
Urbandale, IA 50322

Centra Funding, LLC
1400 Preston Rd
#115
Plano, TX 75093

Dext Capital, LLC
4000 Kruse Way Place
Building 3, Suite 100
Lake Oswego, OR 97035

Flagstar Financial & Leasing, LLC
5151 Corporate Drive
Troy, MI 48098

Flagstar Financial & Leasing, LLC
c/o Bronster, LLP
Attn: J. Logan Rappaport
156 West 56th Street, Suite 703
New York, NY 10001

# United States Bankruptcy Court
## Northern District of Florida

In re  **Medical Healing Center, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Medical Healing Center, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 12, 2023**  
Date

**/s/ Byron W. Wright III**  
**Byron W. Wright III 118971**  
Signature of Attorney or Litigant  
Counsel for  **Medical Healing Center, LLC**  
**Bruner Wright, P.A.**  
**2810 Remington Green Circle**  
**Tallahassee, FL 32308**  
**(850) 385-0342 Fax:(850) 270-2441**  
**twright@brunerwright.com**